General Complaint Form for Pro Se Litigants

FILED
2016 AUG 17 P 12:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Daniel Johnson

CV-16-TMP-1337-S

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

Communication Unlimited Inc.

(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of Jefferson Cty, Birmingham, AL. Plaintiff resides at 1008 16th Ave. S. Apt D.

2. Defendant Communication Unlimited Inc. is a corporation incorporated under the laws of _____ and has a main office at _____ and is licensed to do business in _____. Defendant's official business address is _____.

OR

Defendant _____

is a United States government agency.

OR

Defendant _____

is a state agency.

OR

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3. The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4. Statement of Claim

State here, as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Communication Unlimtd Inc. is involved in not pay plaintiff wages worked. Additionally, defendant refused to allow time off after two weeks of labor that resulted in personal and financial damages.

2

_____

_____

_____

_____

_____

_____

_____

5.  Relief

   State briefly exactly what you want the court to do for you. Do not make legal arguments.

I would like defendant to pay for wager earned in addition to pay and suffering due to neglect and unsafe occupational health and safty practices. I need driver license reinstated. Labor without pay is slavery and unconstitutional.

8/17/16
Date

Signature of Plaintiff

434·439·1178
Telephone Number

Daniel Johnson
Name (Please Print)

1008 16th Ave. South Apt D.
Street Address

FAX Number (If Available)

Birmingham, AL 35205
City, State     Zip Code

email - Alexdaniel johnson @ gmail.com

3

NOTE: Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

### OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: 8/17/16

7/14/06

4