Cu pay stubs

# Earnings Statement                                                              DANIEL JOHNSON

Pay Date: 08/03/2016      Company: 06971 - CU EMPLOYMENT INC                      EE Code: 8576
Period Start: 07/10/2016  22 INVERNESS CENTER PARKWAY SUITE 310                   Dept: 340
Period End: 07/23/2016    BIRMINGHAM, AL  35242    (205) 402-0515                 Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Overtime |  |  | 0.00 | 153.36 |
| Birmingham Installs |  |  | 0.00 | 2565.69 |
| Charlottesville Installs |  |  | 843.71 | 992.59 |
| Georgetown Installs |  |  | 0.00 | 2162.49 |
| Overtime $ |  |  | 0.00 | 225.09 |
| Training Hours |  |  | 0.00 | 894.24 |
| **Gross Pay** |  |  | **843.71** | **6993.46** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) |  |  | 83.15 | 980.02 |
| Medicare |  |  | 11.02 | 136.83 |
| Social Security |  |  | 47.11 | 585.01 |
| Alabama State W/H (S/0) |  |  | 24.60 | 315.08 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental |  |  | 0.00 | 30.80 |
| BCBS Med 125 AL |  |  | 83.95 | 625.48 |
| Expense |  |  | -175.00 | -1295.00 |
| Guardian Dental |  |  | 6.90 | 27.60 |
| Guardian Vision |  |  | 3.51 | 29.12 |
| ` ` Repayment |  |  | 125.00 | 411.20 |
| `  ` O After Tax |  |  | 12.70 | 101.60 |
| Tools |  |  | 54.20 | 345.54 |
| **Net Pay** |  |  | **566.57** | **4700.18**  Voucher No.: 33520367DD |

**Net Pay Distribution**

Direct Deposit Net Check                                         566.57        7798.58  A/C 2875

---

Voucher No.: 33520367DD

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244                          DATE: 08/03/2016

## Net Pay:                                                                566.57

Five Hundred Sixty Six And 57/100 Dollars


DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 08/03/2016
Period Start: 07/10/2016
Period End: 07/23/2016

Company: 06971 - CU EMPLOYMENT INC
22 INVERNESS CENTER PARKWAY SUITE 310
BIRMINGHAM, AL 35242   (205) 402-0515

EE Code: 8576
Dept: 340
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 0.00 | 0.00 | 3098.40 |
| Overtime |  | 0.00 | 0.00 | 153.36 |
| Birmingham Installs |  |  | 0.00 | 2565.69 |
| Charlottesville Installs |  |  | 0.00 | 992.59 |
| Georgetown Installs |  |  | 0.00 | 2162.49 |
| Overtime $ |  |  | 0.00 | 225.09 |
| Training Hours |  | 0.00 | 0.00 | 894.24 |
| **Gross Pay** |  |  | **0.00** | **10091.86** |

**W/H Taxes**

| | | | |
|---|---|---|---|
| Federal W/H (S/0) | | 0.00 | 980.02 |
| Medicare | | 0.00 | 136.83 |
| Social Security | | 0.00 | 585.01 |
| Alabama State W/H (S/0) | | 0.00 | 315.08 |

**Deductions**

| | | | |
|---|---|---|---|
| BCBS Dental | | 0.00 | 30.80 |
| BCBS Med 125 AL | | 0.00 | 625.48 |
| Expense | | -140.00 | -1295.00 |
| Guardian Dental | | 0.00 | 27.60 |
| Guardian Vision | | 0.00 | 29.12 |
| Loan Repayment | | 0.00 | 411.20 |
| MOO After Tax | | 0.00 | 101.60 |
| Tools | | 0.00 | 345.54 |
| **Net Pay** | | **140.00** | **7798.58**  Check No.: 4112 |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Manual Check | | 140.00 | 7798.58 |

---

Check No.: 4112

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244

DATE: 08/03/2016

## Net Pay:                                                                140.00

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 07/20/2016  
Period Start: 06/26/2016  
Period End: 07/09/2016  

Company: 06971 - CU EMPLOYMENT INC  
22 INVERNESS CENTER PARKWAY SUITE 310  
BIRMINGHAM, AL  35242     (205) 402-0515  

EE Code: 8576  
Dept: 340  
Pay Basis: Hourly  

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 3098.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 0.00 | 2565.69 |
| Charlottesville Installs | | | 148.88 | 148.88 |
| Georgetown Installs | | | 1115.95 | 2162.49 |
| Overtime $ | | | 81.25 | 225.09 |
| Training Hours | | | 0.00 | 894.24 |
| | **Gross Pay** | | **1346.08** | **9248.15** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 158.50 | 896.87 |
| Medicare | | | 18.30 | 125.81 |
| Social Security | | | 78.25 | 537.90 |
| Alabama State W/H (S/0) | | | 46.91 | 290.48 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental | | | 0.00 | 30.80 |
| BCBS Med 125 AL | | | 83.95 | 541.53 |
| Expense | | | -455.00 | -980.00 |
| Guardian Dental | | | 6.90 | 20.70 |
| Guardian Vision | | | 3.51 | 25.61 |
| Loan Repayment | | | 125.00 | 286.20 |
| MOO After Tax | | | 12.70 | 88.90 |
| Tools | | | 54.20 | 291.34 |
| | **Net Pay** | | **1212.86** | **7092.01**  Voucher No.: 32072365DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1212.86 | 7092.01  A/C 2875 |

---

Voucher No.: 32072365DD

CU EMPLOYMENT INC  
P.O. BOX 362007  
BIRMINGHAM, AL   35244  

DATE: 07/20/2016

## Net Pay:  1212.86

One Thousand Two Hundred Twelve And 86/100 Dollars

DANIEL JOHNSON  
1008 16TH AVE S APT D  
BIRMINGHAM, AL 35205  

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 07/06/2016     Company: 06971 - CU EMPLOYMENT INC            EE Code: 8576
Period Start: 06/12/2016   22 INVERNESS CENTER PARKWAY SUITE 310         Dept: 340
Period End: 06/25/2016    BIRMINGHAM, AL 35242    (205) 402-0515         Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 3098.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 0.00 | 2565.69 |
| Georgetown Installs | | | 920.04 | 1046.54 |
| Overtime $ | | | 81.46 | 143.84 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **1001.50** | **7902.07** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 106.82 | 738.37 |
| Medicare | | | 13.30 | 107.51 |
| Social Security | | | 56.89 | 459.65 |
| Alabama State W/H (S/0) | | | 31.64 | 243.57 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental | | | 0.00 | 30.80 |
| BCBS Med 125 AL | | | 83.95 | 457.58 |
| Expense | | | -420.00 | -525.00 |
| Guardian Dental | | | 6.90 | 13.80 |
| Guardian Vision | | | 3.51 | 22.10 |
| ` ` Repayment | | | 125.00 | 161.20 |
| M..O After Tax | | | 12.70 | 76.20 |
| Tools | | | 54.20 | 237.14 |
| **Net Pay** | | | **926.59** | **5879.15** Voucher No.: 30627657DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 926.59 | 5879.15 A/C 2875 |

---

Voucher No.: 30627657DD

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244

DATE: 07/06/2016

## Net Pay:                                                926.59

Nine Hundred Twenty Six And 59/100 Dollars

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 06/22/2016  
Period Start: 05/29/2016  
Period End: 06/11/2016  

Company: 06971 - CU EMPLOYMENT INC  
22 INVERNESS CENTER PARKWAY SUITE 310  
BIRMINGHAM, AL  35242   (205) 402-0515  

EE Code: 8576  
Dept: 340  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 30.00 | 360.00 | 3098.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 0.00 | 2565.69 |
| Georgetown Installs | | | 126.50 | 126.50 |
| Overtime $ | | | 30.72 | 62.38 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **517.22** | **6900.57** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 34.67 | 631.55 |
| Medicare | | | 6.28 | 94.21 |
| Social Security | | | 26.86 | 402.76 |
| Alabama State W/H (S/0) | | | 10.70 | 211.93 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental | | | 0.00 | 30.80 |
| BCBS Med 125 AL | | | 83.95 | 373.63 |
| Expense | | | -105.00 | -105.00 |
| Guardian Dental | | | 6.90 | 6.90 |
| Guardian Vision | | | 3.51 | 18.59 |
| Repayment | | | 36.20 | 36.20 |
| After Tax | | | 12.70 | 63.50 |
| Tools | | | 54.20 | 182.94 |
| **Net Pay** | | | **346.25** | **4952.56**  Voucher No.: 29265703DD |

**Net Pay Distribution**

Direct Deposit Net Check          346.25       4952.56 A/C 2875

---

Voucher No.: 29265703DD

CU EMPLOYMENT INC  
P.O. BOX 362007  
BIRMINGHAM, AL  35244  

DATE: 06/22/2016

## Net Pay:                                                        346.25

Three Hundred Forty Six And 25/100 Dollars

DANIEL JOHNSON  
1008 16TH AVE S APT D  
BIRMINGHAM, AL 35205

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 06/08/2016    Company: 06971 - CU EMPLOYMENT INC    EE Code: 8576
Period Start: 05/15/2016    22 INVERNESS CENTER PARKWAY SUITE 310    Dept: 105
Period End: 05/28/2016    BIRMINGHAM, AL  35242    (205) 402-0515    Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 2738.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 507.50 | 2565.69 |
| Overtime $ | | | 0.00 | 31.66 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **507.50** | **6383.35** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 34.08 | 596.88 |
| Medicare | | | 6.20 | 87.93 |
| Social Security | | | 26.50 | 375.90 |
| Alabama State W/H (S/0) | | | 10.43 | 201.23 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental | | | 7.70 | 30.80 |
| BCBS Med 125 AL | | | 72.42 | 289.68 |
| Guardian Vision | | | 3.77 | 15.08 |
| MOO After Tax | | | 12.70 | 50.80 |
| Tools | | | 54.20 | 128.74 |
| **Net Pay** | | | **279.50** | **4606.31** Check No.: 102983551 |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Payroll Net Check | | | 279.50 | 4606.31 |

---

Check No.: 102983551

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244

DATE: 06/08/2016

**Net Pay:**                                                                 **279.50**

Two Hundred Seventy Nine And 50/100 Dollars

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 05/25/2016  
Period Start: 05/01/2016  
Period End: 05/14/2016  

Company: 06971 - CU EMPLOYMENT INC  
22 INVERNESS CENTER PARKWAY SUITE 310  
BIRMINGHAM, AL  35242    (205) 402-0515  

EE Code: 8576  
Dept: 105  
Pay Basis: Hourly  

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 2738.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 894.50 | 2058.19 |
| Overtime $ | | | 0.00 | 31.66 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **894.50** | **5875.85** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 91.34 | 562.80 |
| Medicare | | | 11.81 | 81.73 |
| Social Security | | | 50.49 | 349.40 |
| Alabama State W/H (S/0) | | | 27.02 | 190.80 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental | | | 7.70 | 23.10 |
| BCBS Med 125 AL | | | 72.42 | 217.26 |
| Guardian Vision | | | 3.77 | 11.31 |
| MOO After Tax | | | 12.70 | 38.10 |
| Tools | | | 54.20 | 74.54 |
| **Net Pay** | | | **563.05** | **4326.81** Voucher No. 26567330DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 563.05 | 4326.81 A/C 0963 |

---

Voucher No.: 26567330DD

CU EMPLOYMENT INC  
P.O. BOX 362007  
BIRMINGHAM, AL  35244  

DATE: 05/25/2016

## Net Pay:     563.05

Five Hundred Sixty Three And 05/100 Dollars

DANIEL JOHNSON  
1008 16TH AVE S APT D  
BIRMINGHAM, AL 35205  

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement — DANIEL JOHNSON

Pay Date: 05/11/2016  Company: 06971 - CU EMPLOYMENT INC  EE Code: 8576
Period Start: 04/17/2016  22 INVERNESS CENTER PARKWAY SUITE 310  Dept: 105
Period End: 04/30/2016  BIRMINGHAM, AL  35242  (205) 402-0515  Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 2738.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 457.40 | 1163.69 |
| Overtime $ | | | 0.00 | 31.66 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **457.40** | **4981.35** |

**W/H Taxes**

| | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 29.07 | 471.46 |
| Medicare | | | 5.47 | 69.92 |
| Social Security | | | 23.39 | 298.91 |
| Alabama State W/H (S/0) | | | 8.18 | 163.78 |

**Deductions**

| | | | Current Period | Year To Date |
|---|---|---|---|---|
| BCBS Dental | | | 7.70 | 15.40 |
| BCBS Med 125 AL | | | 72.42 | 144.84 |
| Guardian Vision | | | 3.77 | 7.54 |
| MOO After Tax | | | 12.70 | 25.40 |
| Tools | | | 0.00 | 20.34 |
| **Net Pay** | | | **294.70** | **3763.76**  Voucher No.: 25226361DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 294.70 | 3763.76  A/C 0963 |

---

Voucher No.: 25226361DD

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244

DATE: 05/11/2016

## Net Pay:  294.70

Two Hundred Ninety Four And 70/100 Dollars

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement
# DANIEL JOHNSON

Pay Date: 04/27/2016  Company: 06971 - CU EMPLOYMENT INC  
Period Start: 04/03/2016  22 INVERNESS CENTER PARKWAY SUITE 310  
Period End: 04/16/2016  BIRMINGHAM, AL  35242    (205) 402-0515  

EE Code: 8576  
Dept: 105  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 0.00 | 2738.40 |
| Overtime | | | 0.00 | 153.36 |
| Birmingham Installs | | | 679.29 | 706.29 |
| Overtime $ | | | 31.66 | 31.66 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **710.95** | **4523.95** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 63.81 | 442.39 |
| Medicare | | | 9.15 | 64.45 |
| Social Security | | | 39.11 | 275.52 |
| Alabama State W/H (S/0) | | | 19.12 | 155.60 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| BCBS Dental | | | 7.70 | 7.70 |
| BCBS Med 125 AL | | | 72.42 | 72.42 |
| Guardian Vision | | | 3.77 | 3.77 |
| MOO After Tax | | | 12.70 | 12.70 |
| Tools | | | 20.34 | 20.34 |
| **Net Pay** | | | **462.83** | **3469.06** |

Voucher No.: 23848761DD

**Net Pay Distribution**

Direct Deposit Net Check    462.83    3469.06  A/C 0963

---

Voucher No.: 23848761DD

CU EMPLOYMENT INC  
P.O. BOX 362007  
BIRMINGHAM, AL  35244  

DATE: 04/27/2016

## Net Pay:   462.83

Four Hundred Sixty Two And 83/100 Dollars

DANIEL JOHNSON  
1008 16TH AVE S APT D  
BIRMINGHAM, AL 35205

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 04/13/2016  Company: 06971 - CU EMPLOYMENT INC
Period Start: 03/20/2016  22 INVERNESS CENTER PARKWAY SUITE 310
Period End: 04/02/2016  BIRMINGHAM, AL  35242  (205) 402-0515

EE Code: 8576
Dept: 105
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 67.06 | 804.72 | 2738.40 |
| Overtime | 18.00 | 3.93 | 70.74 | 153.36 |
| Birmingham Installs | | | 27.00 | 27.00 |
| Training Hours | | | 0.00 | 894.24 |
| **Gross Pay** | | | **902.46** | **3813.00** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 104.55 | 378.58 |
| Medicare | | | 13.09 | 55.30 |
| Social Security | | | 55.95 | 236.41 |
| Alabama State W/H (S/0) | | | 30.95 | 136.48 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| **Net Pay** | | | **697.92** | **3006.23** Voucher No.: 22470928DD |

**Net Pay Distribution**

Direct Deposit Net Check        697.92    3006.23 A/C 0963

---

Voucher No.: 22470928DD

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL  35244

DATE: 04/13/2016

## Net Pay:                                                             697.92

Six Hundred Ninety Seven And 92/100 Dollars

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement                                                                          DANIEL JOHNSON

Pay Date: 03/30/2016   Company: 06971 - CU EMPLOYMENT INC                        EE Code: 8576
Period Start: 03/06/2016   22 INVERNESS CENTER PARKWAY SUITE 310                 Dept: 105
Period End: 03/19/2016   BIRMINGHAM, AL  35242   (205) 402-0515                  Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 79.92 | 959.04 | 1933.68 |
| Overtime | 18.00 | 4.37 | 78.66 | 82.62 |
| Training Hours |  |  | 0.00 | 894.24 |
| **Gross Pay** |  |  | 1037.70 | 2910.54 |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) |  |  | 124.84 | 274.03 |
| Medicare |  |  | 15.05 | 42.21 |
| Social Security |  |  | 64.34 | 180.46 |
| Alabama State W/H (S/0) |  |  | 37.04 | 105.53 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| **Net Pay** |  |  | 796.43 | 2308.31   Voucher No : 21149637DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check |  |  | 796.43 | 2308.31  A/C:0983 |

---

Voucher No.: 21149637DD

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244                               DATE: 03/30/2016

## Net Pay:                                                                             796.43

Seven Hundred Ninety Six And 43/100 Dollars

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**DANIEL JOHNSON**

Pay Date: 03/16/2016  
Period Start: 02/21/2016  
Period End: 03/05/2016  

Company: 06971 - CU EMPLOYMENT INC  
22 INVERNESS CENTER PARKWAY SUITE 310  
BIRMINGHAM, AL  35242     (205) 402-0515

EE Code: 8576  
Dept: 105  
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 1.43 | 17.16 | 974.64 |
| Overtime |  |  | 0.00 | 3.96 |
| Training Hours | 12.00 | 74.52 | 894.24 | 894.24 |
| **Gross Pay** |  |  | **911.40** | **1872.84** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) |  |  | 105.89 | 149.19 |
| Medicare |  |  | 13.22 | 27.16 |
| Social Security |  |  | 56.51 | 116.12 |
| Alabama State W/H (S/0) |  |  | 31.38 | 68.49 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| **Net Pay** |  |  | **704.40** | **1511.88**  Voucher No.: 19956645DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check |  |  | 704.40 | 1511.88 A/C.0963 |

---

Voucher No.: 19956645DD

CU EMPLOYMENT INC  
P.O. BOX 362007  
BIRMINGHAM, AL   35244

DATE: 03/16/2016

## Net Pay: 704.40

Seven Hundred Four And 40/100 Dollars

DANIEL JOHNSON  
1008 16TH AVE S APT D  
BIRMINGHAM, AL 35205

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement                                                                                            DANIEL JOHNSON

Pay Date: 03/02/2016    Company: 06971 - CU EMPLOYMENT INC                                     EE Code: 8576
Period Start: 02/07/2016    22 INVERNESS CENTER PARKWAY SUITE 310                              Dept: 105
Period End: 02/20/2016    BIRMINGHAM, AL  35242    (205) 402-0515                              Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.00 | 79.79 | 957.48 | 957.48 |
| Overtime | 18.00 | 0.22 | 3.96 | 3.96 |
| **Gross Pay** | | | **961.44** | **961.44** |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H (S/3) | | | 43.30 | 43.30 |
| Medicare | | | 13.94 | 13.94 |
| Social Security | | | 59.61 | 59.61 |
| Alabama State W/H (S/0) | | | 37.11 | 37.11 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| **Net Pay** | | | **807.48** | **807.48**  Voucher No.: 18677522DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 807.48 | 807.48  A/C 0963 |

---

Voucher No.: 18677522DD

CU EMPLOYMENT INC
P.O. BOX 362007
BIRMINGHAM, AL   35244                              DATE: 03/02/2016

## Net Pay:                                                                                                 **807.48**

Eight Hundred Seven And 48/100 Dollars

DANIEL JOHNSON
1008 16TH AVE S APT D
BIRMINGHAM, AL 35205

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***