Tool Inventory

# Tool Inventory
## Communications Unlimited Inc. Bluff Park

| Employee's Printed Name | | | / Tech Number | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Issued | Returned |
| New | Used | Tool Description | New | Used | Total | Tech's Initials | Sup's Initials |
| | | ~~Charter Tool Kit~~ | $345.00 | $180.00 | $0.00 | | |
| | | RG-6 & RG-11 Prep Tool ✗ | $18.00 | $9.00 | $0.00 | | |
| | | RG-6 & RG-11 Crimper tool ✗ | $11.00 | $5.50 | $0.00 | | |
| | | Pocket Toner ✗ | $22.00 | $11.00 | $0.00 | | |
| | | Cable Caddy ✗ | $31.00 | $15.50 | $0.00 | | |
| | | Terminator Tool ✗ | $24.00 | $12.00 | $0.00 | | |
| | | RG-6 Torque Wrench ✗ | $25.00 | $12.50 | $0.00 | | |
| | | 3/8" X 18" Wood Drill Bit ✗ | $7.00 | $7.00 | $0.00 | | |
| | | 3/8" X 18" Masonary Drill Bit ✗ | $8.00 | $8.00 | $0.00 | | |
| | | 18v Drill ✗ | $153.00 | $76.50 | $0.00 | | |
| | | Ladder Straps ✗ 4 | $4.00 | $2.00 | $0.00 | | |
| | | Security Shield Tool 7/16 ✗ | $7.00 | $3.50 | $0.00 | | |
| | | Security Shield Tool 9/16 ✗ | $31.00 | $15.50 | $0.00 | | |
| | | ~~Safety glasses~~ | $4.00 | $2.00 | $0.00 | | |
| | | Hard Hat ✗ | $9.00 | $9.00 | $0.00 | | |
| | | Safety Vest ✗ | $13.00 | $13.00 | $0.00 | | |
| | | Voltage Detector ✗ | $15.00 | $15.00 | $0.00 | | |
| | | Safety Belt ✗ | $29.00 | $29.00 | $0.00 | | |
| | | Safety Lanyard ✗ | $25.00 | $25.00 | $0.00 | | |
| | | Orange Cones ✗ 2 | $15.00 | $15.00 | $0.00 | | |
| | | 5 & 8 Point Star Key ✗ | $17.00 | $17.00 | $0.00 | | |
| | | P-Key ✗ | $7.00 | $7.00 | $0.00 | | |
| | | 28' Ladder w/ Hooks ✗ | $285.00 | $285.00 | $0.00 | | |
| | | 6' Step Ladder ✗ | $77.00 | $77.00 | $0.00 | | |
| | | ~~Charter Phone Kit~~ | $304.00 | $158.50 | $0.00 | | |
| | | Scotchlock Pliers ✓ | $18.00 | $9.00 | $0.00 | | |
| | | Punchdown Tool ✗ | $31.00 | $15.50 | $0.00 | | |
| | | Tone & Probe Kit ✗ | $87.00 | $43.50 | $0.00 | | |
| | | Telephone Test Set ✗ | $69.00 | $34.50 | $0.00 | | |
| | | RJ-11 & RJ-45 Phone Crimper ✗ | $31.00 | $15.50 | $0.00 | | |
| | | 1/4" X 18" Masonary Bit ✗ | $7.00 | $7.00 | $0.00 | | |
| | | 1/4" X 18" Wood Bit ✗ | $6.00 | $6.00 | $0.00 | | |
| | | Telephone NID Tool ✗ | $6.00 | $3.00 | $0.00 | | |
| | | Can Wrench ✓ | $10.00 | $5.00 | $0.00 | | |
| | | Knife & Scissor Kit ✗ | $22.00 | $11.00 | $0.00 | | |
| | | Tool Bag ✓ | $17.00 | $8.50 | $0.00 | | |
| | | | | | $0.00 | | |

_____   _____
Tech Signature                                       /Date

_____   _____
Supervisor Signature                                 /Date