**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Mr. John Ley, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No. 2:16-cv-1337-LSC
U.S.C.A. No. NEW APPEAL
IN RE: Daniel Johnson v. Communication Unlimited

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒  Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐  Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.; Click here to enter text. volume(s) of transcripts;

☒  First Notice of Appeal? Yes   Dates of other Notices: Click here to enter text.

☐  The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐  Original papers (court file) and certified copy of docket entries per USCA request.

☐  There was no hearing from which a transcript could be made.

☐  Copy of CJA Form 20 or District Court order appointing counsel.

☒  The appellant docket fee has been paid. No   Date Paid:

☐  The appellant has been Granted or Denied.  leave to appeal in forma pauperis and Granted or Denied.  request for certificate of appealability (order enclosed).

☒  The Judge/Magistrate Judge appealed from is: L. Scott Coogler

☐  The Court Reporter is:   205-252-6565.

☐  This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐  This is a **DEATH PENALTY** appeal.

☐  Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐  Other:

xc:   Counsel                              Sharon Harris, Clerk

By:____K. Miller_____
Deputy Clerk